**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Ameris Bank, | ) | Civil Action No.: 2:26-cv-01558-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| | ) | **ATTESTATION OF COMPLIANCE** |
| | ) | |
| | ) | |
| Edward Vaughan and Coastal States Bank, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the District Court's Order *In re: Order Regarding Referrals to United States Magistrate Judges* the undersigned counsel hereby attests that he has complied with the order on June 24, 2026.

Respectfully submitted,

TURNER, PADGET, GRAHAM & LANEY, P.A.

By:  s/ Richard S. Dukes, Jr._____
Richard S. Dukes, Jr., SC Bar No. 16563
Federal ID No.:  7340
40 Calhoun Street, Suite 200
Charleston, South Carolina 29401
Phone: (843) 576-2810
Fax: (843) 577-1646
Email:  rdukes@turnerpadget.com

Ethan L. Jedziniak
P.O. Box 1509
Greenville, South Carolina29062
Telephone: 864-552-4691
ejedziniak@turnerpadget.com

Charleston, South Carolina                ATTORNEYS FOR COASTAL STATES BANK
June 25, 2026