**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Ameris Bank, | ) | Civil Action No.: 2:26-cv-01558-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' CONSENT TO** |
| | ) | **VOLUNTARY DISMISSAL BY** |
| | ) | **AMERIS BANK** |
| | ) | |
| | ) | |
| | ) | |
| Edward Vaughan and Coastal States Bank, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants consent to Ameris Bank's Motion for Voluntary Dismissal [ECF 35] without prejudice.

| | |
|---|---|
| By: s/ Thomas B. Pritchard<br>Thomas B. Pritchard, SC Bar No. 65006<br>Vernis & Bowling of South Carolina, LLC<br>494-A Savannah Highway<br>Charleston, SC 29407<br>Phone: 843.242.7506<br>tpritchard@scarolina-law.com<br><br>s/ John E. Robinson<br>John E. Robinson, SC Bar No. 75919<br>The Law Offices of John E. Robinson<br>36 Broad Street<br>Charleston, SC 29401<br>Phone: 843.723.5152<br>john@charlestonlawoffices.com<br><br>**ATTORNEYS FOR EDWARD VAUGHAN** | TURNER, PADGET, GRAHAM & LANEY P.A.<br><br>By:  s/ Richard S. Dukes, Jr.<br>Richard S. Dukes, Jr., SC Bar No. 16563<br>Federal ID No.:  7340<br>40 Calhoun Street, Suite 200<br>Charleston, South Carolina 29401<br>Phone: (843) 576-2810<br>Fax: (843) 577-1646<br>Email:  rdukes@turnerpadget.com<br><br>Ethan L. Jedziniak<br>Fed ID No.: 13926<br>P.O. Box 1509<br>Greenville, South Carolina 29062<br>Telephone: 864-552-4691<br>ejedziniak@turnerpadget.com<br><br>**ATTORNEYS FOR COASTAL STATES BANK** |

Dated:  July 2, 2026