AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Ameris Bank, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     2:26-cv-01558-RMG |
| Edward Vaughan, Coastal States Bank, | ) | |
| *Defendant*s | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■    other: This action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding.

Date:   July 9, 2026                                    *ROBIN L. BLUME, CLERK OF COURT*


                                                       s/H.Cornwell

                                                       _____
                                                       *Signature of Clerk or Deputy Clerk*